```
United States District Court
Northern District of California
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NDUBUISI V. CHIMARA,<br><br>          Plaintiff,<br><br>     v.<br><br>CONTRA COSTA COUNTY GOV'T, et al.,<br><br>          Defendants. | Case No.: 12-cv-00201 JSC<br><br>**ORDER RE: WITHDRAWAL OF PLAINTIFF'S COUNSEL (Dkt. No. 45)** |

The Court has received Plaintiff's counsel notice of substitution of counsel whereby counsel seeks to withdraw as counsel for Plaintiff and Plaintiff will proceed pro se. (Dkt. No. 45.) The Court finds that the request comports with Local Rule 11-5 as Plaintiff's signature on the form evidences that he had notice of counsel's withdrawal and consents to the withdrawal. Accordingly, Plaintiff's counsel's request to withdraw is GRANTED.

The Clerk shall amend the docket to reflect that Plaintiff, Ndubuisi V. Chimara, of 2130 Hailstone Way, Antioch, California 94509, (510).501.7338 (phone), nvirgie@aol.com (email) is appearing pro se.

As Plaintiff is proceeding pro se, the Court directs his attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact

the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782-9000 extension 8657, for free legal advice regarding his claims.

**IT IS SO ORDERED.**

Dated: December 5, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE