IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NDUBUISI V. CHIMARA, | Case No. C12-0201 JSC |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| CONTRA COSTA COUNTY GOVERNMENT, et al., | |
| Defendants. | |

This matter is referred to Magistrate Judge Kandis A. Westmore to conduct a settlement conference, to be completed within 90 days or as soon thereafter as is convenient to Magistrate Judge Westmore's calendar.

**IT IS SO ORDERED.**

Dated: May 6, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE