IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NDUBUISI V. CHIMARA,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY GOVERNMENT, et al.,<br><br>    Defendants. | Case No. 12-201 JSC<br><br>**ORDER RE: CASE SCHEDULE (Dkt. Nos. 74 & 75)** |

The Court has received the parties' filings regarding the August 29, 2013 Joint Stipulation re: Motion and Trial Dates (Dkt. No. 73). (Dkt. Nos. 74 & 75.) The Court will discuss the case schedule at the Case Management Conference currently scheduled for September 19, 2013, at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

   **IT IS SO ORDERED.**

Dated: September 9, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE