SHARON L. ANDERSON (SBN 94814)
County Counsel
MONIKA L. COOPER (SBN 193729)
Supervising Deputy County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY and SUSAN BAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NDUBUISI V. CHIMARA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY GOVERNMENT; SANDRA BUSTILLO, an individual, SUSAN BAIN, an individual, MAGDALENA GABEL, an individual and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | No. C 12-00201 JSC<br><br>STIPULATION FOR DISMISSAL OF ACTION<br><br>Crtm:  F, 15th Floor<br>Judge: Magistrate Jacqueline Scott Corley<br>Date Action Filed: January 12, 2012<br>Trial Date: TBD |

///

///

///

///

///

///

///

///

///

STIPULATION FOR DISMISSAL OF ACTION  - Case No. C 12-00201 JSC                               1

This Stipulation is entered into by the parties that the above entitled action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATE: October 9, 2013    By: /s/
                              NDUBUISI V. CHIMARA
                              Plaintiff

DATE: October 9, 2013    SHARON L. ANDERSON
                         COUNTY COUNSEL


                         By: /s/
                              D. CAMERON BAKER
                              Deputy County Counsel
                              Attorneys for Defendants
                              CONTRA COSTA COUNTY and SUSAN BAIN

Dated: Ocotber 15, 2013

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL OF ACTION - Case No. C 12-00201 JSC                    2