1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  MONIKA L. COOPER (SBN 193729)
   Supervising Deputy County Counsel
3  D. CAMERON BAKER (SBN 154432)
   Deputy County Counsel
4  COUNTY OF CONTRA COSTA
   651 Pine Street, Ninth Floor
5  Martinez, California 94553
   Telephone:   (925) 335-1800
6  Facsimile:   (925) 335-1866
   Electronic Mail: cameron.baker@cc.cccounty.us
7
   Attorneys for Defendants
8  CONTRA COSTA COUNTY and SUSAN BAIN

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13 | NDUBUISI V. CHIMARA,               | No. C 12-00201 JSC
14 |         Plaintiff,                 | STIPULATION FOR DISMISSAL OF ACTION
15 | v.                                 |
16 | CONTRA COSTA COUNTY                | Crtm:  F, 15th Floor
   | GOVERNMENT; SANDRA                 | Judge: Magistrate Jacqueline Scott Corley
17 | BUSTILLO, an individual, SUSAN     | Date Action Filed: January 12, 2012
   | BAIN, an individual, MAGDALENA     | Trial Date: TBD
18 | GABEL, an individual and DOES 1    |
   | THROUGH 10, inclusive,             |
19 |                                    |
   |         Defendants.                |
20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION FOR DISMISSAL OF ACTION  - Case No. C 12-00201 JSC                    1

1  This Stipulation is entered into by the parties that the above entitled action be dismissed
2  with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

4  DATE: October 9, 2013          By:      /s/
5                                          NDUBUISI V. CHIMARA
                                           Plaintiff

8  DATE: October 9, 2013          SHARON L. ANDERSON
                                  COUNTY COUNSEL

11                                 By:      /s/
12                                          D. CAMERON BAKER
                                            Deputy County Counsel
13                                          Attorneys for Defendants
                                            CONTRA COSTA COUNTY and SUSAN
                                            BAIN

22  Dated: Ocotber 15, 2013

GRANTED

Jacqueline S. Corley
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL OF ACTION  - Case No. C 12-00201 JSC              2